UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MARK ALAN ADAMS,

        Plaintiff,         Case No. 20-11954

v.         Honorable Thomas L. Ludington
        Magistrate Judge Patricia T. Morris

MARY ADAMS SEMCKEN, et al.,

        Defendants.
_____/

**ORDER ADOPTING REPORT & RECOMMENDATION**

On July 21, 2020, Plaintiff Mark Alan Adams filed a *pro se* civil complaint against Defendants. ECF No. 1. Plaintiff's complaint includes 26 counts and 74 identified Defendants. He states that,

> Defendants collective State and Federal criminal acts documented in this case include conspiracy, acts of domestic terrorism, numerous individual obstructions of justice, fraud, perjury, making false statements, extortion, grand theft, computer crimes, malpractice, retaliating against witnesses and crime victims, obstruction of criminal investigations of healthcare offenses (18 USC Chapter 73), aiding and abetting criminals, and ultimately the wrongful death / extrajudicial killing / depraved heart murder of Shirley Adams.

ECF No. 1 at PageID.7–8. The complaint was referred to Magistrate Judge Morris. ECF No. 4. Plaintiff was granted permission to proceed *in forma pauperis*. ECF Nos. 2, 5. On September 10, 2020 Magistrate Judge Morris *sua sponte* issued a report recommending that the case be dismissed because "[w]here, as here, a pleading is so verbose that neither the court nor the defendants can readily identify the claims asserted, the complaint should be dismissed for failure to comply with the Federal Rules of Civil Procedure." ECF No. 7 at PageID.46.

Although Magistrate Judge Morris' report states that the parties to this action could object to and seek review of the recommendation within fourteen days of service of the report, neither

- 2 -

party timely filed any objections. The election not to file objections to Magistrate Judge Morris' report releases the Court from its duty to independently review the record. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). The failure to file objections to the report and recommendation waives any further right to appeal. *Id.*

Accordingly, it is **ORDERED** that Magistrate Judge Morris' Report and Recommendation, ECF No. 7, is **ADOPTED**.

It is further **ORDERED** that Plaintiff's complaint, ECF No. 1, is **DISMISSED**.

Dated: October 1, 2020                                   s/Thomas L. Ludington
                                                         THOMAS L. LUDINGTON
                                                         United States District Judge

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon **Mark Alan Adams,** 9949 Van Cleve Road, Frankenmuth, MI 48734 by first class U.S. mail on October 1, 2020.

                                                         s/Kelly Winslow
                                                         KELLY WINSLOW, Case Manager